RAY MORRIS, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 24010.   Promulgated April 4, 1929.

*Sanford Robinson, Esq.*, for the petitioner.
*W. Frank Gibbs, Esq.*, for the respondent.

OPINION.

MORRIS: We have heretofore held that in a case where a taxpayer has filed a single joint return of the income of himself and wife

under the provisions of section 223 (b) (2) of the Revenue Act of 1921, he may not thereafter have his tax computed on the basis of his separate income. *R. Downes, Jr.,* 5 B. T. A. 1029; *Wm. A. Buttolph,* 7 B. T. A. 310; affd., C. C. A., 7th Cir., 29 Fed. (2d) 695; *J. F. Fairleigh,* 7 B. T. A. 361; *J. W. Macon,* 7 B. T. A. 450; *G. B. Foster,* 7 B. T. A. 559; *Herman Einstein,* 10 B. T. A. 240; see, also, *Grant* v. *Rose,* 24 Fed. (2d) 115.

*Judgment will be entered for the respondent.*